909 A.2d 803

**Grover L. BATTLE, Jr., Appellant,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**